**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| JOSE LUIS REYES AYALA and CHIARELIS RIVAS TORRES,<br><br>Plaintiffs,<br><br>v.<br><br>SUNSTRONG MANAGEMENT, LLC; TRANSUNION, LLC; INSURANCE COMPANIES ABC; JOHN DOES AND JANE DOE,<br><br>Defendants. | CIVIL NO. 3:26-cv-01251 (JAG)<br><br>Re: WILLFUL VIOLATIONS OF THE FAIR CREDIT REPORTING ACT; FAIR DEBT COLLECTION PRACTICES ACT; THE DISCHARGE INJUNCTION; ACTUAL AND PUNITIVE DAMAGES |

**DEFENDANT SUNSTRONG MANAGEMENT, LLC'S MOTION FOR EXTENSION OF TIME TO ANSWER AND COUNSEL'S NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT:**

Defendant, SUNSTRONG MANAGEMENT, LLC (hereinafter "Sunstrong" or "Defendant"), in a special appearance, without submitting to the jurisdiction of this Honorable Court, and without waiving any procedural or substantive affirmative defenses, through its undersigned attorneys, respectfully **STATES** and **PRAYS**:

1) On April 28, 2026, Plaintiffs filed the Summons and Complaint in this matter against all defendants.

2) On April 29, 2026, the Clerk issued the summonses as to all defendants. Sunstrong was served with process on April 30, 2026, and referred this matter to the undersigned counsel on May 5, 2026.

3) Sunstrong's deadline to answer, move, or otherwise plead expires on May 21, 2026. Sunstrong requires additional time to complete its investigation of the facts alleged in the

*Reyes, Et al. v. Sunstrong Management, ,LLC, Et al.*
*Docket No. 3:26-cv-01251 (JAG)*

Complaint and to research its jurisdictional and other available defenses. Accordingly, a brief extension is necessary to enable Sunstrong to respond properly and responsibly to the allegations.

4)    Sunstrong expressly reserves, and does not waive, any jurisdictional defenses or any other defenses available under Federal Rules of Civil Procedure 9 and 12[1].

5)    For the foregoing reasons, Sunstrong respectfully requests that this Honorable Court extend its deadline to answer, move, or otherwise plead to and including June 30, 2026. This request is made in good faith, not for purposes of delay, and no party will be prejudiced by the requested extension.

**WHEREFORE**, Sunstrong respectfully requests that this Honorable Court grant the requested extension of time, until and including June 30, 2026, to answer, move, or otherwise plead, together with any further relief the Court deems just and proper.

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the attorneys of record in this case.

**RESPECTFULLY SUBMITTED**, in the city of San Juan, Puerto Rico, this 5th day of May, 2026.

S/KENNETH C. SURIA
Kenneth C. Suria
D.P.R. Bar No. 213302
Email: kcsuria@estrellallc.com

---

[1] This application is not intended to waive and is subject to any Fed. R. Civ. P. 12(b) defenses that Defendant may assert, such as a lack of personal or subject matter jurisdiction.

*Reyes, Et al. v. Sunstrong Management, ,LLC, Et al.*
*Docket No. 3:26-cv-01251 (JAG)*

ESTRELLA, LLC
ATTORNEYS & COUNSELORS
Attorneys for *Sunstrong Management, LLC.*
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.:  787-977-5050
Fax:  787-977-5090

3